UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
*et al.*,

     Plaintiffs,

    v.

INNISS CONSTRUCTION, INC.,

     Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  1-4-2021

20-CV-5001 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  In light of the fact that Plaintiffs' motion for default judgment against Defendant Inniss Construction, dkt. 24, is currently pending, and Defendant Hudson Insurance Company has been terminated from this lawsuit, dkt. 34, the post-discovery conference, currently scheduled for January 15, 2021, is hereby adjourned *sine die*.

SO ORDERED.

Dated:  January 4, 2021
     New York, New York

                  RONNIE ABRAMS
                  United States District Judge