USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-7-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>INNISS CONSTRUCTION, INC,<br>　　　　　　　　　Defendant. | No. 20-CV-5001 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

　　For the reasons stated at today's hearing, the motion for default judgment is GRANTED. Defendant Inniss is liable to Plaintiffs for $3,926.48 in interest, $6,821.69 in liquidated damages, $12,012.65 in attorneys' fees and costs, $2,898.33 in audit costs, and post-judgment interest to be calculated at the time of payment.

　　The Clerk of Court is respectfully directed to terminate the motions pending at docket entry 24 and to close this case.

SO ORDERED.

Dated:　　May 7, 2021
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　United States District Judge