UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRCT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
et al.,

                        Plaintiffs,

20 **CIVIL** 5001 (RA)

               -against-

**DEFAULT JUDGMENT**

INNISS CONSTRUCTION, INC.,

                        Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated May 7, 2021, For the reasons stated at today's hearing, the motion for default judgment is GRANTED. Defendant Inniss is liable to Plaintiffs for $3,926.48 in interest, $6,821.69 in liquidated damages, $12,012.65 in attorneys' fees and costs, $2,898.33 in audit costs, and post-judgment interest to be calculated at the time of payment, and this case is closed.

**DATED**: New York, New York
          May 10, 2021

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                                            BY: _/s/ David J. Thomas_
                                                  **Deputy Clerk**